An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JUDITH SCRASE,<br>Appellant,<br>vs.<br>PEP BOYS,<br>Respondent. | No. 63443 |

**FILED**

JUL 3 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malive_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order declaring appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Respondent has filed a motion to dismiss this appeal as untimely. Appellant has opposed the motion. Having considered the motion, the opposition, and the documents before this court, we conclude that dismissal is appropriate. Initially, it does not appear that appellant's notice of appeal was timely as to the vexatious litigant order entered against her. *See* NRAP 4(a)(1). But even if it had been timely, the vexatious litigant order was not substantively appealable. *See* NRAP 3A(b) (identifying appealable judgments and orders); *Peck v. Crouser*, 129 Nev. ___, ___, 295 P.3d 586, 588 (2013) (concluding that this court lacks jurisdiction to consider an appeal from a vexatious litigant order). And to the extent that appellant is seeking to appeal any orders entered before

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 22398

the vexatious litigant order, her appeal also is untimely.[1]  *See* NRAP 4(a)(1).

        Accordingly, we

        ORDER this appeal DISMISSED.

                                          _____ , J.
                                          Gibbons

                                          _____ , J.
                                          Douglas

                                          _____ , J.
                                          Saitta

cc:    Hon. Michael Villani, District Judge
       Judith Scrase
       Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]In light of our conclusions herein, we do not reach respondent's argument that appellant was required to obtain permission from the district court to file an appeal in this case.